# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| RODDRICK BRATTON | : | CIVIL ACTION NO.: 5:13-CV-3016 |
| *Plaintiff*, | : | |
| | : | |
| VERSUS | : | JUDGE TOM STAGG |
| | : | |
| THE KANSAS CITY SOUTHERN | : | |
| RAILWAY COMPANY, | : | MAG. JUDGE MARK HORNSBY |
| *Defendant*. | : | |

## ORDER OF DISMISSAL

Considering the foregoing Joint Stipulation of Dismissal filed jointly by Plaintiff, RODDRICK BRATTON, and Defendant, THE KANSAS CITY SOUTHERN RAILWAY COMPANY:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above captioned proceeding is dismissed with prejudice and with each party to bear their own costs.

SO ORDERED on this the  15th   day of December 2015, in Shreveport, Louisiana.

_____
U.S. ~~DISTRICT~~ JUDGE
MAGISTRATE

1